UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-6175-GW-BFMx | Date | July 10, 2026 |
|---|---|---|---|
| Title | *Isabel Rendon v. Muenster Milling Company LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 7, 2026, Plaintiff Isabel Rendon filed a Notice of Settlement [14]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for August 20, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss - and proposed order - is filed by August 18, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1