JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL RENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MUENSTER MILLING COMPANY, a Texas limited liability company, d/b/a WWW.MUENSTERPET.COM,<br><br>Defendants. | Case No. CV 26-6175-GW-BFMx<br>Assigned to Honorable George H. Wu<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: April 22, 2026<br>Removed: May 28, 2026 |

The Court, having read and considered the joint stipulation for dismissal from Plaintiff Isabel Rendon and Defendant Muenster Milling Company, and good cause appearing therefor, hereby dismisses the instant action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure *with prejudice* as to the named Plaintiff and *without prejudice* as to the putative class.

Dated: September 3, 2026

HON. GEORGE H. WU,
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, I electronically filed the foregoing **ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.